## Lowenburg *v.* Barr, Appellant.

Argued May 2, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Daniel B. Pierson, V,* with him *Raspin, Espenshade, Heins, Erskine & Stewart,* for appellant.

*Edward Fackenthal,* with him *William L. O'Hey, Jr.,* and *Henderson, Wetherill & O'Hey,* for appellee.

638

OPINION PER CURIAM, October 9, 1969:
Decree affirmed at appellant's cost.